No. 534. SCRANTON ELECTRIC CO. *v.* COMMISSIONER OF INTERNAL REVENUE. December 12, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Graham Sumner* for petitioner. *Solicitor General Thacher* for respondent.

No. 518. PACIFIC COAST STEEL CO. *v.* MCLAUGHLIN, COLLECTOR OF INTERNAL REVENUE. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted, limited to the question of the effect of § 278 (e) of the Revenue Act of 1924. *Messrs. Ralph W. Smith* and *George H. Koster* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, J. P. Jackson,* and *Wm. H. Riley, Jr.,* for respondent.

No. 531. CLARK *v.* UNITED STATES. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Sigurd Ueland* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, W. Marvin Smith,* and *Wm. H. Riley, Jr.,* for the United States.

No. 523. CENTRAL TRANSFER CO. *v.* TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS ET AL. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Glendy B. Arnold* for petitioner. *Messrs. C. S. Burg, H. H. Larrimore, Harold R. Small, Guy A. Thompson, Edw. J. White, E. T. Miller, O. H. Kiskaddon, M. G. Roberts, L. H. Strasser, Thos. W. White, J. M. Bryson,* and *T. M. Pierce* for respondents.